JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY MINH HA,<br><br>  Petitioner,<br><br>v.<br><br>B. BIRKHOLZ,<br><br>  Respondent. | No. 2:24-cv-07109-ODW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: May 23, 2025          _____
                                   HONORABLE OTIS D. WRIGHT, II
                                   UNITED STATES DISTRICT JUDGE